Date: 08/03/10        DIVIDENDS REMITTED TO THE COURT    R#150727    Page:

Case Number 09-20639 - KUREK, JO ANN BEVERLY

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| American Infosource Lp As Agent for World Financial Network National Bank As Silhouettes<br>PO Box 248872<br>Oklahoma City, OK 73124-8872<br>   Unsecured Distribution<br>   #5916 | 000001 | 84.89 | 2.04 | #1003 |
| American Infosource Lp As Agent for World Financial Network National Bank As Woman Within<br>PO Box 248872<br>Oklahoma City, OK 73124-8872<br>   Unsecured Distribution<br>   #4488 | 000002 | 112.19 | 2.70 | #1004 |
| Chase Bank USA,N.A (Kohl's acct)<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374<br>   Unsecured Distribution<br>   #3767 | 000011 | 124.42 | 3.00 | #1013 |
| ---------- Remittance Total --------------- | | 321.50 | 7.74 | |

_Waldemar J. Wojcik, Trustee_

